UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED ROAD LOGISTICS,
LLC,

       Plaintiff,                              No. 19-12767

v.                                      District Judge Matthew F. Leitman
                                          Magistrate Judge R. Steven Whalen

OPTION ONE CARRIERS,
LLC,

       Defendant.
                                  /

**ORDER**

      For the reasons and under the terms stated on the record on January 27, 2021, Plaintiff's Motion for Protective Order to Quash Defendant's Deposition Notice [ECF No. 23] is GRANTED IN PART AND DENIED IN PART.

      Defendant is permitted to notice a deposition of Plaintiff's corporate representative under Fed.R.Civ.P. 30(b)(6).

      With reference to the four disputed deposition topics set forth in the Joint List of Unresolved Issues [ECF No. 34, PageID.615], the motion for protective order is GRANTED as to Topics 1 and 3. The motion is DENIED as to Topics 2 and 4.

      IT IS SO ORDERED.

                                                        s/R. Steven Whalen
                                                        R. Steven Whalen
                                                        United States Magistrate Judge

Dated: January 27, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 27, 2021 electronically and/or by U.S. mail.

                                                  s/Carolyn M. Ciesla
                                                 Case Manager