UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED ROAD LOGISTICS, LLC,

    Plaintiff,

v.

OPTION ONE CARRIERS, LLC,

    Defendant.

Case No. 19-cv-12767
Hon. Matthew F. Leitman

_____/

## ORDER TERMINATING DEFENDANT'S MOTION TO COMPEL (ECF No. 39) AS MOOT

On February 19, 2021, Defendant Option One Carriers, LLC filed a motion to compel the deposition of a corporate representative of Plaintiff United Road Logistics, LLC. (*See* Mot., ECF No. 29.) During a status conference that the Court held on February 23, 2021, the parties informed the Court that the motion had been resolved. (*See* Dkt.) Accordingly, the Court **TERMINATES** the motion **AS MOOT**.

    **IT IS SO ORDERED**.

                                                      s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: April 28, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 28, 2021, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764